1829.

James
v.
Berry.

---

## JAMES v. BERRY AND OTHERS.

Where notice of the order to produce witnesses has been served upon the agent of the solicitor for the opposite party, each party has double the usual time to produce his witnesses.

If the adverse party wishes to shorten the time, he must obtain an order upon his part and serve notice thereof upon the opposite solicitor, either personally or by leaving the same at his office

December 5th.    THE complainant obtained a rule to produce witnesses in 40 days, and served notice thereof on the agent of the defendants' solicitor. Previous to the expiration of the 40 days, the complainant's solicitor, upon an affidavit stating that he had not been able to examine his witnesses, applied for an extension of the time.

THE CHANCELLOR:—The true construction of the rule of December 1st, 1825, (same as new rule 68,) is, that where notice of the order to produce witnesses has been served upon an agent, each party has double the usual time, before either can enter an order to close the proofs. If the adverse party wishes to shorten the time, he must obtain an order on his part, and serve notice thereof on the opposite

solicitor in person, or at his office. The complainant in this case has therefore sufficient time left to examine his witnesses, and no extension thereof is necessary.